# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Poly-America, L.P.     v.     API Industries, Inc.

No. 16-1200

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Poly-America, L.P.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Aaron P. Maurer
Law Firm: Williams & Connolly, LLP
Address: 725 12th St. NW
City, State and Zip: Washington, DC 20005
Telephone: 202-434-5282
Fax #: 202-434-5029
E-mail address: amaurer@wc.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/6/01

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 11/18/2015        Signature of pro se or counsel  /s/ Aaron P. Maurer

cc: _____

Reset Fields