# In the United States Court of Appeals for the Federal Circuit

No. 12-1600

POLY-AMERICA, L.P., PLAINTIFF-APPELLANT

*v.*

API INDUSTRIES, INC., DEFENDANT-APPELLEE

**APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME FOR APPELLEE TO FILE ITS RESPONSE BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Federal Circuit Rule 26(b), appellant Poly-America, L.P. ("Poly-America") hereby moves for a 14-day extension of time, from February 25 to March 10, for appellee API Industries, Inc. ("API") to file its response brief. Poly-America has conferred with API, who does not oppose this motion. In support of this motion, appellant states the following:

1.  On January 12, 2016, the Court accepted Poly-America's opening brief for filing. The Court set a deadline of February 25 for API to file its response brief. ECF No. 22.

2.   Counsel for Poly-America is scheduled for trial in another matter from March 7 to 17. In order to accommodate this schedule, Poly-America conferred with API and proposed to seek a 14-day extension of time for API's response brief and a 14-day extension of time for Poly-America's reply brief. API does not oppose this request.

3.   Poly-America therefore requests a 14-day extension of time, from February 25 to March 10, for API to file its response brief. Poly-America has not previously sought or been granted an extension of time in this appeal.

Respectfully submitted,

/s/ Aaron P. Maurer
AARON P. MAURER
CRAIG D. SINGER
SANJIV P. LAUD
WILLIAMS & CONNOLLY LLP
 725 Twelfth Street, N.W.
 Washington, DC 20005
 (202) 434-5000

JANUARY 25, 2016

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, undersigned counsel for appellant certifies the following:

1.  The full name of the party represented by me is Poly-America, L.P.

2.  The name of the real party in interest represented by me is the same.

3.  Poly-America, L.P. has no parent corporation and no publicly held company owns 10 percent or more of its stock.

4.  The following attorneys appeared for appellant in proceedings in the district court or are expected to appear in this Court:

(a)  Of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005:  Bruce R. Genderson, Craig D. Singer, Aaron P. Maurer, Andrew V. Trask, Sanjiv P. Laud

(b)  Of Farnan LLP, 919 N. Market St., Twelfth Floor, Wilmington, DE 19801:  Brian E. Farnan.

(c)  Of Susman Godfrey LLP, 1000 Louisiana, Suite 5100, Houston, TX 77002:  Erica W. Harris.

/s/ Aaron P. Maurer
AARON P. MAURER

JANUARY 25, 2016

## PROOF OF SERVICE

I, Aaron P. Maurer, counsel for appellee and a member of the Bar of this Court, certify that, on January 25, 2016, a copy of the attached Motion was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Aaron P. Maurer
AARON P. MAURER