NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**POLY-AMERICA, L.P.,**
*Plaintiff-Appellant*

v.

**API INDUSTRIES, INC.,**
*Defendant-Appellee*

2016-1200

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00599-SLR-SRF, Judge Sue L. Robinson.

**ON MOTION**

**O R D E R**

Upon consideration of Poly-America, L.P.'s unopposed motion for a 14-day extension of time, until March 10, 2016, for API Industries, Inc. to file its response brief,

IT IS ORDERED THAT:

The motion is granted.

2  POLY-AMERICA, L.P. v. API INDUSTRIES, INC.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25