NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**POLY-AMERICA, L.P.,**
*Plaintiff-Appellant*

**v.**

**API INDUSTRIES, INC.,**
*Defendant-Appellee*

_____

2016-1200

_____

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00599-SLR-SRF, Judge Sue L. Robinson.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Poly-America, L.P.'s unopposed motion for a 14-day extension of time, until April 11, 2016, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted.

2                              POLY-AMERICA, L.P. v. API INDUSTRIES, INC.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s26